No. 76–355.   REED, ACTING CHAIRMAN, U. S. PAROLE COMMISSION, ET AL. *v.* BYRD ET AL.   C. A. D. C. Cir.   Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Moody* v. *Daggett, ante,* p. 78.

No. 76–5537.   STREET *v.* GEORGIA.   Sup. Ct. Ga.   Motion for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Davis* v. *Georgia, ante,* p. 122.

---

[6] See *id.,* at 242–252.